OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR PRIVATE USE**

11/26/2014

GEORGE, SHERWOOD LYNN    Tr.Ct. No. W09-54600-UT(B)

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
NOV 26 2014

$ 00.26⁵

Abel Acosta, Clerk

SHERWOOD LYNN GEORGE

**RETURN TO SENDER**
**NOT IN DALLAS COUNTY JAIL**